**UNITED STATES of America,
Plaintiff—Appellee,**

**v.**

**Jaime Jimmy ANDRADE, Defendant—
Appellant.**

**No. 03–30521.**

**D.C. No. CR–03–02022–EFS.**

United States Court of Appeals,
Ninth Circuit.

Submitted June 14, 2004.\*

Decided June 18, 2004.

James P. Hagarty, Office of the U.S. Attorney, Yakima, WA, for Plaintiff–Appellee.

Nicholas W. Marchi, Carney & Marchi, P.S., Seattle, WA, for Defendant–Appellant.

Before HALL, LEAVY and FISHER, Circuit Judges.

## MEMORANDUM\*\*

Jaime Jimmy Andrade appeals his 63–month sentence imposed following a guilty-plea conviction for possession with intent

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1).

Andrade contends that the district court erred by denying his request for a downward departure based on age, family ties, employment experience, and a combination of those factors. The government contends that this court lacks jurisdiction to consider the claim. The government is correct. See *United States v. Lipman*, 133 F.3d 726, 729 (9th Cir.1998) (stating this court lacks jurisdiction to review a district court's denial of a discretionary downward departure where it recognizes it has the authority to depart and declines to do so).

**DISMISSED.**